**Fill in this information to identify your case:**

Debtor 1: Lisa D Greenwaldt
First Name    Middle Name    Last Name

Debtor 2: 
(Spouse if, filing)   First Name    Middle Name    Last Name

United States Bankruptcy Court for the: SOUTHERN DISTRICT OF OHIO

Case number
(if known)

☐ Check if this is an amended filing

Official Form 108
# Statement of Intention for Individuals Filing Under Chapter 7      12/15

**If you are an individual filing under chapter 7, you must fill out this form if:**
■ creditors have claims secured by your property, or
■ you have leased personal property and the lease has not expired.

You must file this form with the court within 30 days after you file your bankruptcy petition or by the date set for the meeting of creditors, whichever is earlier, unless the court extends the time for cause. You must also send copies to the creditors and lessors you list on the form

If two married people are filing together in a joint case, both are equally responsible for supplying correct information. Both debtors must sign and date the form.

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known).

### Part 1:   List Your Creditors Who Have Secured Claims

1. **For any creditors that you listed in Part 1 of Schedule D: Creditors Who Have Claims Secured by Property (Official Form 106D), fill in the information below.**

| Identify the creditor and the property that is collateral | What do you intend to do with the property that secures a debt? | Did you claim the property as exempt on Schedule C? |
|---|---|---|
| Creditor's name: Eagle Loan Of Ohio<br><br>Description of property securing debt: 2003 Honda Accord U.S. Ex 186000 miles VIN #1HGCM66573A029924 | ☐ Surrender the property.<br>■ Retain the property and redeem it.<br>☐ Retain the property and enter into a *Reaffirmation Agreement.*<br>☐ Retain the property and [explain]: | ☐ No<br>■ Yes |

### Part 2:   List Your Unexpired Personal Property Leases

For any unexpired personal property lease that you listed in Schedule G: Executory Contracts and Unexpired Leases (Official Form 106G), fill in the information below. Do not list real estate leases. Unexpired leases are leases that are still in effect; the lease period has not yet ended. You may assume an unexpired personal property lease if the trustee does not assume it. 11 U.S.C. § 365(p)(2).

| Describe your unexpired personal property leases | Will the lease be assumed? |
|---|---|
| Lessor's name: Progressive Leasing<br><br>Description of leased Property: | ■ No<br>☐ Yes |

### Part 3:   Sign Below

Debtor 1     Lisa D Greenwaldt                                          Case number *(if known)*

**Under penalty of perjury, I declare that I have indicated my intention about any property of my estate that secures a debt and any personal property that is subject to an unexpired lease.**

**X**  /s/ Lisa D Greenwaldt                              **X**
Lisa D Greenwaldt                                         Signature of Debtor 2
Signature of Debtor 1

Date    March 8, 2019                                     Date

# CERTIFICATE OF SERVICE

I hereby certify that on March 8, 2019, a copy of the foregoing Statement of Intent and Notice of Meeting of Creditors was served on the following registered ECF participants, electronically through the Court's ECF System at the email address registered with the Court:

U.S. Trustee
Chapter 7 Trustee

And on the following by ordinary U.S. Mail addressed to:

Eagle Loan Company, 5808 Wilmington Pike, Centerville, Ohio 45459

Progressive Leasing, 256 West Date Drive, Draper, Utah 84020

Lisa D. Greenwaldt, 5650 Lexington Green Place, Dayton, Ohio 45459

/s/ John F. Kennel
John F. Kennel